IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CYNTHIA BOURGEOIS                                                                                  PLAINTIFF

VS.                                          CASE NO. 06-CV-4061

DOUGLAS VANDERBILT,
SOUTHERN FARM BUREAU CASUALTY INSURANCE
COMPANY, STATE FARM MUTUAL INSURANCE COMPANY, and
NATIONAL INTERSTATE INSURANCE COMPANY                         DEFENDANTS

NATIONAL INTERSTATE INSURANCE COMPANY                         INTERVENOR

## ORDER

Before the Court is a motion for leave to file first amended complaint.  (Doc. No. 22-1). Plaintiff seeks to amend her Complaint to add Harrah's Shreveport/Bossier City Holding Company, LLC, a/k/a Harrah's Louisiana  Downs Casino & Racetrack, f/k/a Louisiana Downs, Inc., as a Defendant in this case.  Separate Defendant Douglas Vanderbilt has responded and states that he has no objection to Plaintiff's request to file an amended complaint.  Upon consideration, the Court finds that the Plaintiff's motion should be and hereby is **GRANTED**.

Pursuant to CM/ECF Administrative Policies and Procedure Manual for Civil Filings for the Western District of Arkansas, §IV, A, any pleading that adds a party must be filed conventionally, on paper, with the clerk's office.  Pursuant to Rule 5.5(e) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas, a Plaintiff shall file its Amended Complaint within five (5) days of the entry of the order granting leave to amend.  **Accordingly, Plaintiff shall file her amended complaint conventionally, on paper, with the clerk's office within five (5) days of the entry of this Order.**

IT IS SO ORDERED, this 7th day of May, 2007.

       /s/Harry F. Barnes
    Hon. Harry F. Barnes
    United States District Judge