IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CYNTHIA BOURGEOIS                                                                                    PLAINTIFF

VS.                                    CASE NO. 06-CV-4061

DOUGLAS VANDERBILT, et al.                                                                      DEFENDANTS

NATIONAL INTERSTATE INSURANCE COMPANY                                        INTERVENOR

## ORDER

    Before the Court is a partial Motion for Summary Judgment filed on behalf of Separate Defendant State Farm Mutual Automobile Insurance Company. (Doc. 32). The Plaintiff has responded. (Doc. 39). A hearing was held regarding this motion on August 8, 2007.

    For reasons discussed in the Memorandum Opinion of even date, Separate Defendant State Farm Mutual Automobile Insurance Company's partial Motion for Summary Judgment is **GRANTED**. If the primary uninsured motorist coverage is exhausted, then Bourgeois may recover, on an excess basis, from the uninsured motor vehicle coverage provided by one of her State Farm policies.

    IT IS SO ORDERED, this 10th day of August, 2007.

                                                  /s/Harry F. Barnes
                                               Hon. Harry F. Barnes
                                               United States District Judge