IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CYNTHIA BOURGEOIS                                                                                PLAINTIFF

VS.                                          CASE NO. 06-CV-4061

DOUGLAS VANDERBILT, et al.                                                              DEFENDANTS

NATIONAL INTERSTATE INSURANCE COMPANY                                 INTERVENOR

## ORDER

Before the Court is a Motion to Dismiss filed by Separate Defendant Harrah's Bossier City Investment Company, LLC ("Harrah's").  (Doc. 40).  Plaintiff has responded.  (Docs. 55-58). Harrah's has replied to Plaintiff's response.  (Doc. 61-1).  For reasons discussed in the Memorandum Opinion of even date, Separate Defendant Harrah's Motion to Dismiss is **DENIED**.

**IT IS SO ORDERED**, this 23rd day of October, 2007.

                                                                                                                     /s/ Harry F. Barnes
                                                                                                                     Hon. Harry F. Barnes
                                                                                          United States District Judge