IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CYNTHIA BOURGEOIS                                                                                    PLAINTIFF

VS.                                          CASE NO. 06-CV-4061

DOUGLAS VANDERBILT, et al.                                                                       DEFENDANTS

NATIONAL INTERSTATE INSURANCE COMPANY                                            INTERVENOR

## ORDER

Before the Court is a Motion for Voluntary Dismissal with Prejudice filed by Plaintiff Cynthia Bourgeois. (Doc. 86). Bourgeois moves this Court for an order dismissing Separate Defendant National Interstate Insurance Company. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. The above styled and numbered case against Separate Defendant National Interstate Insurance Company is hereby **dismissed with prejudice**. Bourgeois's claims against other Defendants remain. National Interstate Insurance Company remains as an Intervenor in this case.

**IT IS SO ORDERED**, this 6th day of February, 2008.

                                                  /s/ Harry F. Barnes
                                                  Hon. Harry F. Barnes
                                                  United States District Judge