IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CYNTHIA BOURGEOIS                                                                                PLAINTIFF

VS.                                              CASE NO. 06-CV-4061

DOUGLAS VANDERBILT, et al.                                                             DEFENDANTS

NATIONAL INTERSTATE INSURANCE COMPANY                                  INTERVENOR

## ORDER

Before the Court is a Motion for Summary Judgment filed by Separate Defendant Harrah's Bossier City Investment Company, LLC ("Harrah's").  (Doc. 104).  Plaintiff has responded.  (Doc. 119 ).  Harrah's has replied to Plaintiff's response.  (Doc. 133).  Plaintiff has filed a sur-reply.  (Doc. 135).  The Court finds the matter ripe for consideration.

For reasons discussed in the Memorandum Opinion of even date, Separate Defendant Harrah's Motion for Summary Judgment is **GRANTED**.  Plaintiff's claims against Separate Defendant Harrah's are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 28th day of July, 2009.

                                                  /s/Harry F. Barnes
                                                Hon. Harry F. Barnes
                                                United States District Judge